UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20583-CR-ZLOCH/HUNT

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that, with the exception of those copies to be provided to the United States Attorney's Office and any other relevant law enforcement agency for use in the arrest and/or extradition process, the attached indictment, arrest warrant, and any resulting orders be SEALED until the arrest of the defendant or until further order of this Court, given that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Roger Cruz
Assistant United States Attorney
Florida Bar No. 157971
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9207
Fax: (305) 530-6168