UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20583

18 U.S.C. § 287

CR-ZLOCH /HUNT

UNITED STATES OF AMERICA

vs.

**JOSEPH AKINS OWANIKIN,**
    a/k/a "Joe Akins,"

       **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, **JOSEPH AKINS OWANIKIN, a/k/a "Joe Akins,"** resided in Fort Lauderdale, Florida, within the Southern District of Florida.

2. Akins Financial Inc., a/k/a Akins Financial Services, was a Florida Corporation operated by **JOSEPH AKINS OWANIKIN**, in Miami-Dade County.

3. **JOSEPH AKINS OWANIKIN** opened a customer account at Santa Barbara Bank and Trust in the name of Akins Financial Inc.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed the United States.

5. The IRS allowed individual taxpayers to file their tax returns electronically ("e-

file") by filing online directly or through a tax preparation business.

6. The IRS permitted tax professionals to obtain an Electronic Filing Identification Number ("EFIN") so that they could submit tax returns electronically in the names of other individuals. A tax return preparer that had an EFIN was required to comply with the rules and requirements of the IRS's e-file program.

7. In or around January 2009, **JOSEPH AKINS OWANIKIN**, a professional tax preparer, obtained EFIN 601215 in the name of Akins Financial Inc.

## COUNTS 1-10
### False, Fictitious, or Fraudulent Claims
### (18 U.S.C. § 287)

1. Paragraphs 1 through 7 of the General Allegations section of this Indictment are realleged and incorporated herein.

2. On or about the dates specified in each count below, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JOSEPH AKINS OWANIKIN,**
a/k/a "Joe Akins,"

did knowingly make, present, and file, and cause to be made, presented, and filed with the Internal Revenue Service ("IRS"), an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States, that is, false individual United States income tax returns and supporting documents, including IRS Form 5405, fraudulently claiming tax refunds in the amounts below, knowing such claims were false, fictitious, and fraudulent:

| COUNT | APPROXIMATE DATE OF FILING | TAXPAYER | FALSE CLAIM | CREDIT CLAIMED |
|---|---|---|---|---|
| 1 | January 31, 2009 | C.A. | 2008 individual income tax return | $7,500 |
| 2 | January 31, 2009 | S.G. | 2008 individual income tax return | $7,500 |
| 3 | January 31, 2009 | V.R. | 2008 individual income tax return | $7,500 |
| 4 | February 5, 2009 | S.L. | 2008 individual income tax return | $7,500 |
| 5 | February 12, 2009 | M.H. | 2008 individual income tax return | $7,500 |
| 6 | February 12, 2009 | M.P. | 2008 individual income tax return | $7,500 |
| 7 | February 17, 2009 | Y.M. | 2008 individual income tax return | $7,500 |
| 8 | February 19, 2009 | J.D. | 2008 individual income tax return | $7,500 |
| 9 | February 19, 2009 | A.J. | 2008 individual income tax return | $7,500 |
| 10 | March 17, 2009 | K.C. | 2008 individual income tax return | $7,500 |

In violation of Title 18, United States Code, Sections 287 and 2.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROGER CRUZ
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| JOSEPH AKINS OWANIKIN, a/k/a "Joe Akins," | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

- **X** Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   **No**
   List language and/or dialect   _____

4. This case will take   **5**   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | I   | 0 to 5 days    | **X** | Petty    | ___ |
   | II  | 6 to 10 days   | ___   | Minor    | ___ |
   | III | 11 to 20 days  | ___   | Misdem.  | ___ |
   | IV  | 21 to 60 days  | ___   | Felony   | **X** |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   **X** No

_____
ROGER CRUZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 157971

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Joseph Akins Owanikin, a/k/a "Joe Akins"

**Case No:** _____

Counts #: 1-10

False, Fictitious, or Fraudulent Claims
Title 18, United States Code, Section 287

**\* Max.Penalty:**    5 years' imprisonment as to each count

\*Refers only to possible term of incarceration, overlap does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.