UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA     CASE # 13-20583-CR-ZLOCH

VS
**OWANIKIN, JOSEPH**            PRISONER # 08090-104

****************************************************

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI   (FT. LAUDERDALE)   WEST PALM BEACH   FT. PIERCE

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: **07/02/2015**

2) LANGUAGE(S) SPOKEN: **ENGLISH**

3) OFFENSE(S) CHARGED: False, Fictitious or Fraudulent Claim

4) U.S. CITIZEN   [ ] YES   [ ] NO   [✓] UNKNOWN

5) DATE OF BIRTH: 08/05/1953

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [✓] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: **S/FL**

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: **USMS**   DATE: **07/02/2015**

9) AGENCY: **USMS**   PHONE: **9546605836**