UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-20583-CR-ZLOCH/HUNT

UNITED STATES OF AMERICA,

v.

JOSEPH AKINS OWANIKIN,
    a/k/a "Joe Akins,"
        Defendant.
_____/

### REQUEST FOR COMMENCEMENT OF TRIAL DATE AND NOTICE OF UNAVAILABILITY

On September 9, 2015, the Court held a scheduled change of plea hearing. At the hearing, the Defendant told the Court that he needed more time to decide whether to plead guilty or exercise his right to jury trial. Later that day, after he conferred with his attorney, the Defendant, through his attorney, advised the undersigned that he definitely did not wish to plead guilty and that he wanted a jury trial. The Defendant is in custody, pretrial detained. The Court previously granted an unopposed motion to continue trial.

Both parties are ready to try this matter during the scheduled two-week trial period beginning September 21, 2015. However, based on the Defendant's previously expressed desire to plead guilty and the Government's good faith belief that there would be no trial, the undersigned scheduled and paid for a wedding anniversary trip out of the District to begin the last day of the trial period, which is October 2, 2015.

According to the parties' estimation, this matter should take no more than three to five days to try. Thus, to avoid interfering with the undersigned's trip, the parties both

request that the jury trial begin as early as the Court will allow, preferably Monday, September 21, 2015.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
>By: /s/Roger Cruz
>ROGER CRUZ
>Assisted United States Attorney
>Florida Bar No. 157971
>JLK Federal Justice Building
>99 Northeast 4th Street
>Miami, Florida 33132-2111
>Telephone: 305-961-9207
>Facsimile: 305-536-4699
>Email: roger.cruz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on this 10th day of September 2015.

>By: /s/ Roger Cruz
>Assistant United States Attorney