UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20583-CR-ZLOCH/HUNT

UNITED STATES OF AMERICA

vs.

JOSEPH AKINS OWANIKIN,
    a/k/a "Joe Akins,"

       **Defendant.**
_____/

## GOVERNMENT'S OBJECTION TO PSI

The Presentence Investigation Report ("PSI") failed to apply a two-point offense enhancement for abuse of positon of trust under Sentencing Guideline Section 3B1.3. This enhancement should apply. The Defendant, a professional tax preparer, pled guilty to filing a false tax return for one of his client/victims. The grand jury charged him with filing ten false tax returns for ten separate clients for the 2008 tax year. These false tax returns are identified in the Indictment as Counts 1 to 10. These ten false returns, however, are a small fraction of the more than seventy false returns he filed for sixty to seventy separate client/victims for the same time period. The evidence shows that the defendant used his client's tax information to submit false information to the IRS, thus, adversely affecting his clients and the IRS.

If a defendant "abuse[s] a position of public or private trust, or use[s] a special skill, . . . [to] facilitate[ ] the commission of [an] offense," he is subject to a two-level increase of his offense level. U.S.S.G. § 3B1.3. Owanikin abused a position of trust when he prepared fraudulent tax returns using personal identification information that his tax clients provided for the preparation of their tax returns. *See U.S. v. Williams*, 605 Fed. Appx. 878, 881 (11th Cir.

2015) (affirming district court's application of abuse of trust enhancement for tax preparer and holding "tax preparer abused a position of trust when he prepared fraudulent tax returns using personal identification information that his tax clients provided for the preparation of their tax returns").

The Court should apply this two-level enhancement, which raises the total, adjusted offense level to 24. Based on the totality of the Defendant's misconduct, the government seeks a 60-month term of imprisonment, which is the statutory maximum term of imprisonment and three-months lower than the top of the guidelines' range.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    By: /s/ Roger Cruz
    Assistant United States Attorney
    Florida Bar Number 157971
    99 Northeast 4th Street
    Miami, Florida 33132

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    /s/ Roger Cruz
    Assistant United States Attorney