**Re SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE JAMES I. COHN

DEFENDANT: Joseph Akins Owanikin   CASE NO. 13-20583-CR-ZLOCH (Cohn)
Deputy Clerk: Valerie Thompkins   Court Reporter: Karl Shires   DATE: 9-13-18
USPO: Clifford McKinney   AUSA: Roger Cruz   Deft's Counsel: Chantel Doakes

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   ___ Sentencing cont'd until _____

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 48 | I |

Supervised Release: 3 Years As to Count I

✓ Court advised the Defendant of his/her right to appeal   Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby **Granted**

Assessment $ 100% x y   Fine $ 0   Restitution $ 7,500.00

___Data Encryption ___Permissible Computer Examination ___Computer Modem Restriction
___Computer Possession Restriction ___Employer Computer Restriction Disclosure
___No Contact with Minors ___No Contact with Minors in Employment ___Sex Offender Treatment
___No Involvement Youth Organization ___Sex Offender Registration ___Adam Walsh Act Search
___Offense Related Computer Restriction ___Restricted Possession of Sexual Materials
___Permissible Computer Examination ___Permissible National Business Travel ✓No New Debt
___Anger Control/Domestic Violence ___Community Service ___Related Concern Restriction
___Mental Health Treatment ___Substance Abuse Treatment ___Permissible Search
___Employment Requirement ___Cooperating IRS ___Association Restriction ___Forfeiture
✓Self-Employment Restriction ___Computer Activity Record Keeping Requirement
___Disclosure of Telephone Records ___Employment Solicitation Restriction ✓Financial Disclosure
___Location Monitoring Program ___Relinquishment of Licensure ___Residential Reentry Center
✓Surrender for Removal After Imprisonment ✓Cooperating Immigration Removal Proceedings
___Treatment for Gambling ___Unpaid Restitution, fines, special assessments___ Unrelated concern

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____